UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC GOH,<br><br>       Plaintiff,<br><br>  -against-<br><br>HENRY DALEY,<br><br>       Defendant. | 25cv4747 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the August 8, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: August 8, 2025
     New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
              Chief United States District Judge